**Order entered February 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01367-CV

**FIVE THOUSAND NINE HUNDRED AND SEVEN DOLLARS IN UNITED STATES CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-06641**

## ORDER

We **GRANT** appellant's February 3, 2014 motion for extension of time to file amended brief and **ORDER** the brief filed as of January 15, 2014.

/s/ ELIZABETH LANG-MIERS
   JUSTICE